UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG

| | |
|---|---|
| TAKEDA GMBH, ASTRAZENECA PHARMACEUTICALS LP, and ASTRAZENECA UK LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>MYLAN PHARMACEUTICALS INC.,<br><br>Defendant. | C.A. No. 1:15-CV-00093-IMK |

**CERTIFICATE OF SERVICE**

      I certify that on the 21st day of September 2015, I served a true and correct copy of "Mylan Pharmaceuticals Inc.'s First Set of Requests for Production of Documents and Things" on the following counsel of record via the method indicated below:

(*Via Hand Delivery and Email*)
James F. Companion
Yolanda G. Lambert
**SCHRADER, BYRD & COMPANION, PLLC - WHEELING**
The Maxwell Centre, Suite 500
32 - 20th Street
Wheeling, WV 26003
jfc@schraderlaw.com
ygl@schraderlaw.com

(*Via U.S. Mail and Email*)
Amy K. Wigmore
Tracey C. Allen
**WILMER CUTLER PICKERING HALE AND DORR LLP**
1875 Pennsylvania Avenue
Washington, DC 20006
amy.wigmore@wilmerhale.com
tracey.allen@wilmerhale.com

*/s/ Christopher A. Lauderman*
 Gordon H. Copland (WV Bar #828)
  gordon.copland@steptoe-johnson.com
William J. O'Brien (WV Bar #10549)
  william.obrien@steptoe-johnson.com
Christopher A. Lauderman (WV Bar #11136)
  chris.lauderman@steptoe-johnson.com
STEPTOE & JOHNSON PLLC
400 White Oaks Boulevard
Bridgeport, WV 26330
Telephone: (304) 933-8000
Facsimile: (304) 933-8183
*Attorneys for Defendant*

6996965.1