# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| TAKEDA GMBH, ASTRAZENECA PHARMACEUTICALS LP, and ASTRAZENECA UK LIMITED,<br><br>    Plaintiff,<br><br>  v.<br><br>MYLAN PHARMACEUTICALS, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:15-cv-00093<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFFS' MOTION FOR A PROTECTIVE ORDER RELIEVING THEM OF THE OBLIGATION TO RESPOND TO DISCOVERY UNTIL RESOLUTION OF PLAINTIFFS' MOTION TO STAY

*Of Counsel*:

WILMER CUTLER PICKERING
 HALE AND DORR LLP

Amy K. Wigmore
Tracey C. Allen
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel.: (202) 663-6000
Fax: (202) 663-6363
amy.wigmore@wilmerhale.com
tracey.allen@wilmerhale.com

SCHRADER BYRD & COMPANION, PLLC

James F. Companion (WV Bar #7290)
Yolonda G. Lambert (WV Bar #2130)
The Maxwell Centre
32 20th Street, Suite 500
Wheeling, WV 26003
Tel.: (304) 233-3390
Fax: (304) 233-2769
jfc@schraderlaw.com
ygl@schraderlaw.com

*Attorneys for Plaintiffs Takeda GmbH, AstraZeneca Pharmaceuticals LP, and AstraZeneca UK Limited*

Dated: October 9, 2015

Pursuant to Federal Rule of Civil Procedure 26(c) and Local Rule 26.05(a), and for the reasons set forth in the accompanying brief, Plaintiffs Takeda GmbH, AstraZeneca Pharmaceuticals LP, and AstraZeneca UK Limited hereby move for a protective order relieving them of the obligation to respond to discovery until their pending motion to stay is resolved.

Dated:   October 9, 2015

SCHRADER BYRD & COMPANION, PLLC

*/s/ James F. Companion*
James F. Companion (#7290)
Yolonda G. Lambert (#2130)
The Maxwell Centre
32-20th Street, Suite 500
Wheeling, WV 26003
(304) 233-3390
jfc@schraderlaw.com
ygl@schraderlaw.com

*Attorneys for Plaintiffs Takeda GmbH,*
*AstraZeneca Pharmaceuticals LP, and*
*AstraZeneca UK Limited*

*Of Counsel*:

WILMER CUTLER PICKERING HALE AND DORR LLP

Amy K. Wigmore
Tracey C. Allen
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6000
amy.wigmore@wilmerhale.com
tracey.allen@wilmerhale.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of October, 2015, I electronically filed the foregoing **PLAINTIFFS' MOTION FOR A PROTECTIVE ORDER RELIEVING THEM OF THE OBLIGATION TO RESPOND TO DISCOVERY UNTIL RESOLUTION OF PLAINTIFFS' MOTION TO STAY** with the clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to the following:

>Gordon H. Coplan (WV Bar #828)
>William J. O'Brien (WV Bar #10549)
>Christopher A. Lauderman (WV Bar #11136)
>STEPTOE & JOHNSON PLLC
>400 White Oaks Boulevard
>Bridgeport, WV 26330
>Tel.: (304) 933-8000
>Fax: (304) 933-8183
>gordon.copland@steptoe-johnson.com
>william.obrien@steptoe-johnson.com
>chris.lauderman@steptoe-johnson.com
>
>Dennis Gregory
>WILSON SONSINI GOODRICH & ROSATI
>1301 Avenue of the Americas
>New York, NY 10019
>Tel.: (212) 999-5800
>dgregory@wsgr.com
>
>Mary Procaccio-Flowers
>Nancy Zhang
>WILSON SONSINI GOODRICH & ROSATI
>650 Page Mill Road
>Palo Alto, CA 94304
>Tel.: (650) 493-9300
>mprocaccioflowers@wsgr.com
>nzhang@wsgr.com

Tung-On Kong
WILSON SONSINI GOODRICH & ROSATI
One Market-Spear Tower, Suite 3300
San Francisco, CA 94105
Tel.: (415) 947-2016
tkong@wsgr.com

*Attorneys for Defendant*
*Mylan Pharmaceuticals, Inc.*

*/s/ James F. Companion*
James F. Companion (WV Bar #7290)
Yolonda G. Lambert (WV Bar #2130)
SCHRADER BYRD & COMPANION, PLLC
The Maxwell Centre
32 20th Street, Suite 500
Wheeling, WV 26003
Tel.: (304) 233-3390
Fax: (304) 233-2769
jfc@schraderlaw.com
ygl@schraderlaw.com

*Attorneys for Plaintiffs Takeda GmbH,*
*AstraZeneca Pharmaceuticals LP, and*
*AstraZeneca UK Limited*