IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG

| | |
|---|---|
| TAKEDA GMBH, ASTRAZENECA PHARMACEUTICALS LP, AND ASTRAZENECA UK LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>MYLAN PHARMACEUTICALS INC.,<br><br>Defendant. | CASE NO.: 1:15-CV-93 (IMK) |

APPLICATION FOR ADMISSION *PRO HAC VICE*

I verify that I have fully complied with Local Rule of General Practice and Procedure 83.02 as it relates to admission to practice *pro hac vice*.

Dennis Gregory
Applicant's Name

Wilson Sonsini Goodrich & Rosati
Name of Applicant's Firm

(212) 999-5800
Applicant's Office Telephone Number

Dgregory@wsgr.com
Applicant's Email Address

Mylan Pharmaceuticals Inc.
Representing (Party Name)

1301 Ave of the Americas 40th Fl, New York, NY 10019
Applicant's Office Address

(212) 999-5899
Applicant's Office Fax Number

Name, Address, and Telephone Numbers of State Bars in which Applicant is admitted:

New York (Appellate Division of the First Judicial Department of the State of New York), 27 Madison Avenue, New York, NY 10010, (212) 340-0400

List all matters before West Virginia tribunals or judicial bodies in which the applicant is or has been involved in the preceding twenty-four (24) months:

PROVIDE ATTACHMENT WITH ADDITIONAL INFORMATION IF NECESSARY
All matters before West Virginia tribunals or judicial bodies in which any member of applicant's firm, partnership or corporation is or has been involved in the preceding twenty-four (24) months:

_____See Attached List_____

PROVIDE ATTACHMENT WITH ADDITIONAL INFORMATION IF NECESSARY

I understand that admission to practice *pro hac vice* will result in my registration in the Case Management/Electronic Case Filing system. By this registration, I agree to abide by the requirements set forth in the Federal Rules, Federal Statutes and the Local Rules, Administrative Orders, procedures and policies of the United States District Court for the Northern District of West Virginia. (See https://racerweb.wvnd.uscourt.gov for further information).

I understand that attorneys admitted *pro hac vice* will have privileges to view official docket sheets and documents associated with cases and query case reports for cases on the CM/ECF system using the Court-assigned *read only* login and password, and that I must submit all filings electronically through local counsel. Registration constitutes my consent to service by electronic means pursuant to the Federal Rules.

I certify that I have:
1) Submitted with this application the requisite fee of Two Hundred Dollars ($200.00) payable to the Clerk of the Court of the United States District Court for the Northern District of West Virginia, **and**
2) Paid to the West Virginia State Bar the West Virginia State Bar *pro hac vice* fee pursuant to Rule 8.0 of the Rules of Admission for the West Virginia State Bar.

I certify that the foregoing application is true and correct. I hereby represent that I am a member in good standing with the bar of every jurisdiction in which I am admitted and my privileges to practice law and my membership in any bar association have never been amended, modified, suspended, revoked or otherwise limited in any way in any court, district, state, commonwealth or other jurisdiction. I also certify that I have never been convicted of a felony. I agree to comply with all laws, rules, and regulations of the United States Courts where applicable.

If unable to make the above representation, please attach an explanation.

Gordon H. Copland
Name of Responsible Local Attorney

Signature of Applicant

304-933-8000
Office Local Attorney Telephone Number

Steptoe & Johnson PLLC
Name of Responsible Attorney's Firm

gordon.copland@steptoe-johnson.com
Responsible Attorney's Email Address

400 White Oaks Boulevard, Bridgeport, WV 26330
Responsible Attorney's Office Address

Pursuant to Local Rule of General Practice and Procedure 83.02, I have read the foregoing application and, by my endorsement hereon, agree to be a responsible local attorney in the above-styled matter. I certify that I am an active member in good standing of the West Virginia Bar and that I maintain an actual office in West Virginia from which I practice law on a daily basis. I hereby verify that the attorney moving for *pro hac vice* admission is a member of the bar or bars listed on page 1 of this application.

Signature of Responsible Local Attorney

2

Attachment

1. Tung-On Kong, PHV : Noven Pharmaceuticals, Inc., et al. v. Mylan Technologies, Inc., et al., 1:15-CV-69 (IMK)

2. Nicole Stafford, PHV : Novartis Pharmaceuticals Corp., et al. V. Mylan, Inc., et al., 1:14-cv-00111-IMK

3. Douglas Carsten, Elham Steiner and Peter Kang, PHV : Astrazeneca AB v. Mylan Pharmaceuticals, Inc., 1:14-cv-00094-IMK

4. Stuart A. Williams, PHV: John Manchin II v. Joseph Manchin III, et al., 14-C-216

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2015, I electronically filed **"APPLICATION FOR ADMISSION *PRO HAC VICE*"** for Dennis Gregory with the Clerk of the Court using the CM/ECF system, which will send notification of such filings to the following counsel of record:

*Of counsel:*

Amy K. Wigmore
(202) 663-6000
Email: amy.wigmore@wilmerhale.com
Tracey C. Allen
(202) 663-6000
Email: tracey.allen@wilmerhale.com
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006

James F. Companion
(304) 233-3390
Email: jfc@schraderlaw.com
Yolonda G. Lambert
(304) 233-3390
Email: ygl@schraderlaw.com
Schrader, Byrd & Companion, PLLC- Wheeling
The Maxwell Centre
32- 20th Street, Suite 500
Wheeling, WV 26003

*Attorneys for Plaintiffs*
*Takeda GmbH, AstraZeneca Pharmaceuticals, LP*
*and AstraZeneca UK Limited*

*/s/ Gordon H. Copland*
Gordon H. Copland (WV Bar #828)
   gordon.copland@steptoe-johnson.com
William J. O'Brien (WV Bar #10549)
   william.obrien@steptoe-johnson.com
Christopher A. Lauderman (WV Bar #11136)
   chris.lauderman@steptoe-johnson.com
STEPTOE & JOHNSON PLLC
400 White Oaks Boulevard
Bridgeport, WV 26330
Telephone: (304) 933-8000
Facsimile: (304) 933-8183

*Of Counsel:*

Tung-On Kong
WILSON SONSINI GOODRICH & ROSATI
One Market Place
Spear Tower, Suite 3300
San Francisco, CA 94105-1126

4

Telephone: (415) 947-2000
Facsimile: (415) 947-2099
tkong@wsgr.com

Dennis Gregory
**WILSON SONSINI GOODRICH & ROSATI**
1301 Avenue of the Americas
40th Fl
New York, NY 10019-6022
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
dgregory@wsgr.com

*Attorneys for Mylan Pharmaceuticals Inc.*

6933626.1