IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG

FILED
OCT 1 6 2015
U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

| | |
|---|---|
| TAKEDA GMBH, ASTRAZENECA PHARMACEUTICALS LP, AND ASTRAZENECA UK LIMITED<br><br>Plaintiffs,<br><br>v.<br><br>MYLAN PHARMACEUTICALS INC.,<br><br>Defendants. | CASE NO.: 1:15-CV-93 (IMK) |

# ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of Tung-On Kong, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: 10-16-2015

*Irene M. Keeley*
IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE