FILED

OCT 1 6 2015

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG

TAKEDA GMBH, ASTRAZENECA
PHARMACEUTICALS LP, AND
ASTRAZENECA UK LIMITED

    Plaintiffs,

v.

MYLAN PHARMACEUTICALS INC.,

    Defendants.

CASE NO.: 1:15-CV-93 (IMK)

# ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of Dennis Gregory, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: 10-16-15

_____
IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE