**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**AT CLARKSBURG**

|  |  |
|---|---|
| TAKEDA GMBH, ASTRAZENECA PHARMACEUTICALS LP, and ASTRAZENECA UK LIMITED, <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN PHARMACEUTICALS, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. 1:15-cv-00093 |

## CERTIFICATE OF SERVICE

    I hereby certify that, on the 16th day of October, 2015, "Defendant Mylan Pharmaceuticals Inc.'s Rule 26(a) Initial Disclosures" were served, via e-mail and via U.S. mail, upon the following counsel of record:

| | |
|---|---|
| Amy K. Wigmore <br>   amy.wigmore@wilmerhale.com <br> Tracey C. Allen <br>   tracey.allen@wilmerhale.com <br> Wilmer Cutler Pickering Hale and Dorr LLP <br> 1875 Pennsylvania Avenue, N.W. <br> Washington, DC 20006 | James F. Companion <br>   jfc@schraderlaw.com <br> Yolonda G. Lambert <br>   ygl@schraderlaw.com <br> Schrader, Byrd & Companion, PLLC <br> The Maxwell Centre <br> 32- 20th Street, Suite 500 <br> Wheeling, WV 26003 |

Dated this 16th day of October, 2015.

    */s/ Gordon H. Copland*
Gordon H. Copland (WV Bar #828)
  gordon.copland@steptoe-johnson.com
William J. O'Brien (WV Bar #10549)
  william.obrien@steptoe-johnson.com
Christopher A. Lauderman (WV Bar #11136)
  chris.lauderman@steptoe-johnson.com
**STEPTOE & JOHNSON PLLC**
400 White Oaks Boulevard
Bridgeport, WV 26330
Telephone: (304) 933-8000
Facsimile: (304) 933-8183