```
        IN THE UNITED STATES DISTRICT COURT
      FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**TAKEDA GMBH, ASTRAZENECA**
**PHARMACEUTICALS, LP,**
**ASTRAZENECA UK LIMITED,**

      Plaintiffs,

v.                          //    CIVIL ACTION NO. 1:15CV93
                                       (Judge Keeley)

**MYLAN PHARMACEUTICALS INC.,**

      Defendant.

### ORDER FOLLOWING SCHEDULING CONFERENCE

On October 19, 2015, the Court held a scheduling conference in the above-captioned case where, for the reasons stated on the record, it **DENIED AS MOOT** the plaintiff's motion to stay (Dkt. No. 13) and motion for a protective order (Dkt. No. 25).

It is so ORDERED.

The Court directs the Clerk to transmit copies of this Order to counsel of record.

DATED: October 20, 2015.

                                  /s/ Irene M. Keeley
                                  IRENE M. KEELEY
                                  UNITED STATES DISTRICT JUDGE