IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED
NOV 1 2 2015
U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

TAKEDA GMBH, ASTRAZENECA  )
PHARMACEUTICALS LP, AND    )
ASTRAZENECA UK LIMITED     )
                           )
    Plaintiffs,             )
                           )       CASE NO.: 1:15-CV-93 (IMK)
v.                         )
                           )
MYLAN PHARMACEUTICALS INC.,)
                           )
    Defendants.            )
                           )

# ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of Mary Procaccio-Flowers, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: 11-12-15

_____
IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE