IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| TAKEDA GMBH, ASTRAZENECA PHARMACEUTICALS LP, AND ASTRAZENECA UK LIMITED,<br><br>*Plaintiffs*,<br><br>v.<br><br>MYLAN PHARMACEUTICALS INC.,<br><br>*Defendant*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 1:15-cv-00093-IMK |

## AMENDED SUPPLEMENTAL INFORMATION FOR PATENT CASES INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA)

Plaintiffs hereby amend their "Supplemental Information for Patent Cases Involving an Abbreviated New Drug Application (ANDA)" (Dkt. No. 7) to:  (1) update the date of expiration of U.S. Patent No. 5,712,298 to reflect a patent term extension granted by the United States Patent and Trademark Office; and (2) correct the expiration dates of U.S. Patent Nos. 8,536,206; 8,604,064; 8,618,142 and the thirty month stay deadline.

Plaintiffs thereby provide the information below with respect to the deadlines set forth in 21 U.S.C. 355(j):

Date Patentee(s) Received Notice:  April 16, 2015

Date of Expiration of Patents:

- U.S. Patent No. 5,712,298:  January 27, 2020

- U.S. Patent Nos. 8,536,206; 8,604,064; 8,618,142:  March 8, 2024

Thirty Month Stay Deadline:  August 28, 2018

DATED: November 12, 2015        Respectfully submitted,

SCHRADER BYRD & COMPANION, PLLC

*/s/ James F. Companion*
James F. Companion (#790)
Yolonda G. Lambert (#2130)
The Maxwell Centre
32-20th Street, Suite 500
Wheeling, WV 26003
(304) 233-3390
jfc@schraderlaw.com
ygl@schraderlaw.com

*Attorneys for Takeda GmbH, AstraZeneca*
*Pharmaceuticals LP, and AstraZeneca UK Limited*

*Of Counsel*:

WILMER CUTLER PICKERING HALE AND DORR LLP

Amy K. Wigmore, Esq.
Tracey C. Allen, Esq.
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6000
amy.wigmore@wilmerhale.com
tracey.allen@wilmerhale.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 12th day of November, 2015, I electronically filed the foregoing **Amended Supplemental Information for Patent Cases Involving An Abbreviated New Drug Application (ANDA)** with the clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Gordon H. Copland, Esq.
William J. O'Brien, Esq.
Christopher A. Lauderman, Esq.
Steptoe & Johnson
400 White Oaks Blvd.
Bridgeport, WV  26330

Tung-On Kong, Esq.
Wilson Sonsini Goodrich & Rosati
One Market Street
Spear Tower, Ste. 3300
San Francisco, CA  94105

Dennis Gregory, Esq.
Wilson Sonsini Goodrich & Rosati
1301 Avenue of the Americas
New York, NY  10019

Nancy Zhang, Esq.
Mary Procaccio-Flowers, Esq.
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA  94304

/s/      *James F. Companion*
James F. Companion, Esq. (#790)
jfc@schraderlaw.com
Yolonda G. Lambert, Esq. (#1230)
ygl@schraderlaw.com
Schrader Byrd & Companion, PLLC
32 20th St., Ste. 500
Wheeling, WV  26003
(304) 233-3390