| AO 435 (Rev. 04/11) *Please Read Instructions:* | Administrative Office of the United States Courts **TRANSCRIPT ORDER** | | **FOR COURT USE ONLY** **DUE DATE:** | |
|---|---|---|---|---|
| **1. NAME** Attorney James F. Companion | | **2. PHONE NUMBER** (304) 233-3390 | **3. DATE** 11/12/2015 | |
| **4. MAILING ADDRESS** The Maxwell Centre; 32-20th St., Suite 500 | | **5. CITY** Wheeling | **6. STATE** WV | **7. ZIP CODE** 26003 |
| **8. CASE NUMBER** 1:15CV93 | **9. JUDGE** Irene M. Keeley | **DATES OF PROCEEDINGS** | | |
| | | **10. FROM** 10/19/2015 | **11. TO** 10/19/2015 | |
| **12. CASE NAME** Takeda v Mylan | | **LOCATION OF PROCEEDINGS** | | |
| | | **13. CITY** Clarksburg | **14. STATE** WV | |

**15. ORDER FOR**
- [ ] APPEAL
- [ ] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [ ] BANKRUPTCY
- [x] NON-APPEAL
- [x] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) Scheduling Conf Hearing | 10/19/2015 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [x] | [ ] | NO. OF COPIES | 30 | 145.50 |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

**CERTIFICATION (18. & 19.)** By signing below, I certify that I will pay all charges (deposit plus additional).

**ESTIMATE TOTAL** 145.50

**18. SIGNATURE** /s/James F. Companion

**PROCESSED BY**

**19. DATE** 11/12/2015

**PHONE NUMBER** (304) 282-0395

**TRANSCRIPT TO BE PREPARED BY**
Linda Bachman
P.O. Box 969, Clarksburg, WV 26302

**COURT ADDRESS**
P.O. Box 969
Clarksburg, WV 26302-0969

| | DATE | BY | | |
|---|---|---|---|---|
| **ORDER RECEIVED** | 11/12/2015 | LB | | |
| **DEPOSIT PAID** | | | **DEPOSIT PAID** | |
| **TRANSCRIPT ORDERED** | 11/12/2015 | LB | **TOTAL CHARGES** | 145.50 |
| **TRANSCRIPT RECEIVED** | 11/16/2015 | | **LESS DEPOSIT** | |
| **ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT** | | | **TOTAL REFUNDED** | |
| **PARTY RECEIVED TRANSCRIPT** | 11/16/2015 | | **TOTAL DUE** | 145.50 |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY