| AO 435 (Rev. 04/11) *Please Read Instructions:* | Administrative Office of the United States Courts **TRANSCRIPT ORDER** | | **FOR COURT USE ONLY** **DUE DATE:** |
|---|---|---|---|
| **1. NAME** Attorney Gordon Copland | **2. PHONE NUMBER** (304) 933-8181 | **3. DATE** 11/12/2015 | |
| **4. MAILING ADDRESS** Steptoe & Johnson; 400 White Oaks Blvd | **5. CITY** Clarksburg | **6. STATE** WV | **7. ZIP CODE** 26330 |
| **8. CASE NUMBER** 1:15CV93 | **9. JUDGE** Irene M. Keeley | **DATES OF PROCEEDINGS** 10. FROM 10/19/2015   11. TO 10/19/2015 | |
| **12. CASE NAME** Takeda v Mylan | | **LOCATION OF PROCEEDINGS** 13. CITY Clarksburg   14. STATE WV | |

**15. ORDER FOR**
- [ ] APPEAL
- [x] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) Scheduling Conf Hearing | 10/19/2015 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [x] | NO. OF COPIES | 30.00 | 27.00 |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |
| **CERTIFICATION (18. & 19.)** By signing below, I certify that I will pay all charges (deposit plus additional). | | | | **ESTIMATE TOTAL** | 27.00 |

| **18. SIGNATURE** /s/Gordon Copland | **PROCESSED BY** |
|---|---|
| **19. DATE** 11/12/2015 | **PHONE NUMBER** (304) 282-0395 |
| **TRANSCRIPT TO BE PREPARED BY** Linda Bachman P.O. Box 969, Clarksburg, WV 26302 | **COURT ADDRESS** P.O. Box 969 Clarksburg, WV 26302-0969 |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | 11/12/2015 | LB | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | 11/12/2015 | LB | TOTAL CHARGES | 27.00 |
| TRANSCRIPT RECEIVED | 11/16/2015 | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | 11/16/2015 | | TOTAL DUE | 27.00 |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY