## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| TAKEDA GMBH, ASTRAZENECA PHARMACEUTICALS LP, AND ASTRAZENECA UK LIMITED, | ) ) ) ) ) |
| *Plaintiffs*, | ) )   Civil Action No. 1:15-cv-00093-IMK |
| v. | ) ) |
| MYLAN PHARMACEUTICALS INC., | ) ) |
| *Defendant*. | ) ) ) |

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2015, PLAINTIFFS' FED. R. CIV. P. 26(a)(1)

INITIAL DISCLOSURES were served vial email to the following registered attorneys of record:

Dennis Gregory (dgregory@wsgr.com)
WILSON SONSINI GOODRICH & ROSATI
1301 Avenue of the Americas
New York, NY 10019

Mary Procaccio-Flowers (mprocaccioflowers@wsgr.com)
Nancy Zhang (nzhang@wsgr.com)
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304

Tung-On Kong (tkong@wsgr.com)
WILSON SONSINI GOODRICH & ROSATI
One Market-Spear Tower, Suite 3300
San Francisco, CA 94105

Gordon H. Copland (Gordon.Copland@steptoe-johnson.com)
William J O'Brien (William.Obrien@Steptoe-Johnson.com)
STEPTOE & JOHNSON PLLC - BRIDGEPORT
400 White Oaks Blvd
Bridgeport, WV 26330

Christopher A. Lauderman (chris.lauderman@steptoe-johnson.com)
STEPTOE & JOHNSON, PLLC - MORGANTOWN

1

PO Box 1616
Morgantown, WV 26507-1616

*Counsel for Defendant/Counterclaim-Plaintiff*
*Mylan Pharmaceuticals, Inc.*

Dated: November 18, 2015

*/s/ James F. Companion*
James F. Companion (#790)
Yolonda G. Lambert (#2130)
The Maxwell Centre
32-20th Street, Suite 500
Wheeling, WV 26003
(304) 233-3390
jfc@schraderlaw.com
ygl@schraderlaw.com

*Counsel for Takeda GmbH, AstraZeneca*
*Pharmaceuticals LP, and AstraZeneca UK*
*Limited*

OF COUNSEL:

Amy K. Wigmore
Tracey C. Allen
WILMERHALE LLP
1875 Pennsylvania Ave. NW
Washington, DC 20006
Tel:  (202) 663-6000
Fax:  (202) 663-6363