# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| TAKEDA GMBH, ASTRAZENECA PHARMACEUTICALS LP, AND ASTRAZENECA UK LIMITED,<br><br>*Plaintiffs*,<br><br>v.<br><br>MYLAN PHARMACEUTICALS INC.,<br>*Defendant*. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:15-cv-00093-IMK<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT MOTION TO AMEND THE SCHEDULING ORDER

Plaintiffs Takeda GmbH ("Takeda"), AstraZeneca Pharmaceuticals LP, and AstraZenenca UK Limited (collectively, "AZ," and together with Takeda, "Plaintiffs") and Defendant Mylan Pharmaceuticals, Inc. ("Mylan" or "Defendant"), by and through their undersigned counsel, respectfully request an extension of time regarding the submission of the proposed Protective Order, the proposed ESI Protocol, and proposed procedures for production and redaction of documents. (Dkt. No. 37.) The current deadlines are November 23, 2015 and with the extension, the deadlines would be December 9, 2015. Your Honor has not previously granted an extension of this deadline. In addition, Defendant will notify Plaintiffs on or before December 1, 2015 of any objection(s) it has to Plaintiffs' disclosure of Defendant's ANDA to proposed experts, Dr. Stephen R. Byrn and Dr. David W.C. MacMillan. All other deadlines in the Scheduling Order will remain the same as reflected therein.

Respectfully submitted,                                          November 23, 2015

| | |
|---|---|
| /s/ *James F. Companion* | /s/ *Gordon H. Copland* |
| James F. Companion (WV Bar # 790) | Gordon H. Copland (WV Bar # 828) |
| jfc@schraderlaw.com | gordon.copland@steptoe-johnson.com |
| Yolanda G. Lambert (WV Bar # 2130) | William J. O'Brien (WV Bar # 10549) |
| ygl@schraderlaw.com | william.obrien@steptoe-johnson.com |
| SCHRADER, BYRD & COMPANION, PLLC | STEPTOE & JOHNSON PLLC |
| 32 – 20th St., Ste. 500 | 400 White Oaks Boulevard |
| Wheeling, WV 26003 | Bridgeport, WV 26330 |
| Telephone: 304-233-3390 | Telephone: 304-933-8000 |
| Facsimile: 304-233-2769 | Facsimile: 304-933-8183 |

OF COUNSEL:                                          OF COUNSEL:

Amy K. Wigmore                                       Tung-On Kong
Tracey C. Allen                                      tkong@wsgr.com
WILMER CUTLER PICKERING HALE &                       WILSON SONSINI GOODRICH & ROSATI
DORR LLP                                             1 Market Plaza
1875 Pennsylvania Avenue, NW                         Spear Tower, Suite 3300
Washington, DC 20006                                 San Francisco, CA 94105
(202) 663-6000
amy.wigmore@wilmerhale.com                           Dennis Gregory
tracey.allen@wilmerhale.com                          WILSON SONSINI GOODRICH & ROSATI
                                                     1301 Avenue of the Americas
*Attorneys for Plaintiffs Takeda GmbH,*              New York, NY 10019
*AstraZeneca Pharmaceuticals LP, and*                (212) 999-5800
*AstraZeneca UK Limited*                             dgregory@wsgr.com

                                                     Mary Procaccio-Flowers
                                                     Nancy Zhang
                                                     Wilson Sonsini Goodrich & Rosati
                                                     650 Page Mill Road
                                                     Palo Alto, CA 94394
                                                     (650) 493-9300
                                                     mprocaccioflowers@wsgr.com
                                                     nzhang@wsgr.com

                                                     *Attorneys for Defendant Mylan*
                                                     *Pharmaceuticals Inc.*

It is so **ORDERED** this ____ day of _____, 2015.


                                                     _____
                                                     Irene M. Keeley
                                                     United States District Judge

2