IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| TAKEDA GMBH, ASTRAZENECA PHARMACEUTICALS LP, AND ASTRAZENECA UK LIMITED,<br><br>*Plaintiffs,*<br><br>v.<br><br>MYLAN PHARMACEUTICALS INC.,<br>*Defendant.* | Civil Action No. 1:15-cv-00093-IMK |

## JOINT MOTION TO AMEND THE SCHEDULING ORDER

Plaintiffs Takeda GmbH ("Takeda"), AstraZeneca Pharmaceuticals LP, and AstraZenenca UK Limited (collectively, "AZ," and together with Takeda, "Plaintiffs") and Defendant Mylan Pharmaceuticals, Inc. ("Mylan" or "Defendant"), by and through their undersigned counsel, respectfully request an extension of time regarding the submission of the proposed Protective Order, the proposed ESI Protocol, and proposed procedures for production and redaction of documents. (Dkt. No. 37.) The current deadlines are November 23, 2015 and with the extension, the deadlines would be December 9, 2015. Your Honor has not previously granted an extension of this deadline. In addition, Defendant will notify Plaintiffs on or before December 1, 2015 of any objection(s) it has to Plaintiffs' disclosure of Defendant's ANDA to proposed experts, Dr. Stephen R. Byrn and Dr. David W.C. MacMillan. All other deadlines in the Scheduling Order will remain the same as reflected therein.

Respectfully submitted,                                November 23, 2015

/s/ *James F. Companion*
James F. Companion (WV Bar # 790)
jfc@schraderlaw.com
Yolanda G. Lambert (WV Bar # 2130)
ygl@schraderlaw.com
SCHRADER, BYRD & COMPANION, PLLC
32 – 20th St., Ste. 500
Wheeling, WV 26003
Telephone: 304-233-3390
Facsimile: 304-233-2769

OF COUNSEL:

Amy K. Wigmore
Tracey C. Allen
WILMER CUTLER PICKERING HALE & DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6000
amy.wigmore@wilmerhale.com
tracey.allen@wilmerhale.com

*Attorneys for Plaintiffs Takeda GmbH, AstraZeneca Pharmaceuticals LP, and AstraZeneca UK Limited*

/s/ *Gordon H. Copland*
Gordon H. Copland  (WV Bar # 828)
gordon.copland@steptoe-johnson.com
William J. O'Brien (WV Bar # 10549)
william.obrien@steptoe-johnson.com
STEPTOE & JOHNSON PLLC
400 White Oaks Boulevard
Bridgeport, WV 26330
Telephone: 304-933-8000
Facsimile: 304-933-8183

OF COUNSEL:

Tung-On Kong
tkong@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
1 Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105

Dennis Gregory
WILSON SONSINI GOODRICH & ROSATI
1301 Avenue of the Americas
New York, NY 10019
(212) 999-5800
dgregory@wsgr.com

Mary Procaccio-Flowers
Nancy Zhang
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94394
(650) 493-9300
mprocaccioflowers@wsgr.com
nzhang@wsgr.com

*Attorneys for Defendant Mylan Pharmaceuticals Inc.*

It is so **ORDERED** this  23  day of  November , 2015.

/s/ Irene M. Keeley
Irene M. Keeley
United States District Judge