**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | |
|---|---|
| **TAKEDA GMBH, ASTRAZENECA PHARMACEUTICALS LP, AND ASTRAZENECA UK LIMITED,** ) ) ) ) *Plaintiffs*, ) ) **v.** ) ) **MYLAN PHARMACEUTICALS INC.,** ) ) *Defendant*. ) | Civil Action No. 1:15-cv-00093-IMK |

## CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2015, **PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS** were served via email to the following registered attorneys of record:

    Dennis Gregory (dgregory@wsgr.com)
    WILSON SONSINI GOODRICH & ROSATI
    1301 Avenue of the Americas
    New York, NY 10019

    Mary Procaccio-Flowers (mprocaccioflowers@wsgr.com)
    Nancy Zhang (nzhang@wsgr.com)
    WILSON SONSINI GOODRICH & ROSATI
    650 Page Mill Road
    Palo Alto, CA 94304

    Tung-On Kong (tkong@wsgr.com)
    WILSON SONSINI GOODRICH & ROSATI
    One Market-Spear Tower, Suite 3300
    San Francisco, CA 94105

    Gordon H. Copland (Gordon.Copland@steptoe-johnson.com)
    William J O'Brien (William.Obrien@Steptoe-Johnson.com)
    STEPTOE & JOHNSON PLLC - BRIDGEPORT
    400 White Oaks Blvd
    Bridgeport, WV 26330

        Christopher A. Lauderman (chris.lauderman@steptoe-johnson.com)
        STEPTOE & JOHNSON, PLLC - MORGANTOWN
        PO Box 1616
        Morgantown, WV 26507-1616

        *Counsel for Defendant/Counterclaim-Plaintiff*
        *Mylan Pharmaceuticals, Inc.*

| | |
|---|---|
| Dated: November 24, 2015 | */s/ James F. Companion* |
| | James F. Companion (#790) |
| | Yolonda G. Lambert (#2130) |
| | The Maxwell Centre |
| | 32-20th Street, Suite 500 |
| | Wheeling, WV 26003 |
| | (304) 233-3390 |
| | jfc@schraderlaw.com |
| | ygl@schraderlaw.com |
| | |
| | *Counsel for Takeda GmbH, AstraZeneca Pharmaceuticals LP, and AstraZeneca UK Limited* |

OF COUNSEL:

Amy K. Wigmore
Tracey C. Allen
WILMERHALE LLP
1875 Pennsylvania Ave. NW
Washington, DC 20006
Tel: (202) 663-6000
Fax: (202) 663-6363