# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| TAKEDA GMBH, ASTRAZENECA PHARMACEUTICALS LP, AND ASTRAZENECA UK LIMITED,<br><br>*Plaintiffs*,<br><br>v.<br><br>MYLAN PHARMACEUTICALS INC.,<br><br>*Defendant*. | Civil Action No. 1:15-cv-00093-IMK |

## CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2015, **PLAINTIFFS' FIRST SET OF INTERROGATORIES TO DEFENDANT MYLAN PHARMACEUTICALS, INC.** were served via email to the following registered attorneys of record:

> Dennis Gregory (dgregory@wsgr.com)
> WILSON SONSINI GOODRICH & ROSATI
> 1301 Avenue of the Americas
> New York, NY 10019
>
> Mary Procaccio-Flowers (mprocaccioflowers@wsgr.com)
> Nancy Zhang (nzhang@wsgr.com)
> WILSON SONSINI GOODRICH & ROSATI
> 650 Page Mill Road
> Palo Alto, CA 94304
>
> Tung-On Kong (tkong@wsgr.com)
> WILSON SONSINI GOODRICH & ROSATI
> One Market-Spear Tower, Suite 3300
> San Francisco, CA 94105
>
> Gordon H. Copland (Gordon.Copland@steptoe-johnson.com)
> William J O'Brien (William.Obrien@Steptoe-Johnson.com)
> STEPTOE & JOHNSON PLLC - BRIDGEPORT
> 400 White Oaks Blvd
> Bridgeport, WV 26330

       Christopher A. Lauderman (chris.lauderman@steptoe-johnson.com)
       STEPTOE & JOHNSON, PLLC - MORGANTOWN
       PO Box 1616
       Morgantown, WV 26507-1616

       *Counsel for Defendant/Counterclaim-Plaintiff*
       *Mylan Pharmaceuticals, Inc.*

| | |
|---|---|
| Dated: November 24, 2015 | */s/ James F. Companion* |
| | James F. Companion (#790) |
| | Yolonda G. Lambert (#2130) |
| | The Maxwell Centre |
| | 32-20th Street, Suite 500 |
| | Wheeling, WV 26003 |
| | (304) 233-3390 |
| | jfc@schraderlaw.com |
| | ygl@schraderlaw.com |
| | |
| | *Counsel for Takeda GmbH, AstraZeneca Pharmaceuticals LP, and AstraZeneca UK Limited* |

OF COUNSEL:

Amy K. Wigmore
Tracey C. Allen
WILMERHALE LLP
1875 Pennsylvania Ave. NW
Washington, DC 20006
Tel:  (202) 663-6000
Fax:  (202) 663-6363