```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**TAKEDA GMBH, ASTRAZENECA**
**PHARMACEUTICALS, LP,**
**ASTRAZENECA UK LIMITED,**

      **Plaintiffs,**

**v.**     //   **CIVIL ACTION NO. 1:15CV93**
                         **(Judge Keeley)**

**MYLAN PHARMACEUTICALS INC.,**

      **Defendant.**

<u>**ORDER STAYING CASE**</u>

On October 19, 2015, the Court held a scheduling conference in the above-captioned case where it denied as moot the plaintiff's motion to stay, given the lack of a schedule in the first-filed case. On December 1, 2015, the parties advised the Court that Magistrate Judge Arpert had entered a scheduling order in the consolidated first-filed case currently pending in the United States District Court for the District of New Jersey (Dkt. No. 50). The parties jointly request a stay, provided that the Court maintain the July 28, 2017, and August 7-21, 2017, dates calendared as conditional final pre-trial conference and trial dates.

For good cause, the Court **STAYS** the case and **SUSPENDS** the Scheduling Order entered on October 21, 2015 (Dkt. No. 37). It tentatively **SCHEDULES** a final pre-trial conference on July 28, 2017, at 10:00 A.M., and a bench trial on August 7, 2017, at 9:30 A.M. In the interim, the parties are to inform the Court of any

**TAKEDA GMBH, ET AL.  v. MYLAN PHARMACEUTICALS**                        **1:15CV93**

**ORDER STAYING CASE**

developments regarding the outcome of Mylan's interlocutory appeal or its jurisdictional status in the District of New Jersey.

It is so **ORDERED**.

The Court **DIRECTS** the Clerk to transmit copies of this Order to counsel of record.

DATED: December 1, 2015.

/s/ Irene M. Keeley
IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE