FILED

MAY 1 8 2016

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| TAKEDA GMBH, ASTRAZENECA PHARMACEUTICALS LP, AND ASTRAZENECA UK LIMITED,<br><br>*Plaintiffs*,<br><br>v.<br><br>MYLAN PHARMACEUTICALS INC.,<br><br>*Defendant.* | Civil Action No. 1:15-cv-00093-IMK |

## ORDER GRANTING MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Pending before this Court is a motion that the law firm of Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale") and its attorneys Amy K. Wigmore and Tracey C. Allen be permitted to withdraw as counsel for Plaintiffs, Takenda GmbH, AstraZeneca Pharmaceuticals LP and AstraZeneca UK Limited, and to substitute as counsel for said Plaintiffs, attorneys Einar Stole, Michael Kennedy and Alexa Hansen and the law firm of Covington & Burling LLC.

Finding good cause to do so, the Court hereby **GRANTS** said motion. Amy K. Wigmore, Tracey C. Allen and the law firm of WilmerHale are permitted to withdraw as counsel for the Plaintiffs in this matter and Einar Stole, Michael Kennedy and Alexa Hansen and the law firm of Covington & Burling LLP are substituted as counsel of record for plaintiffs. James F. Companion and Yolonda G. Lambert of the law firm of Schrader Byrd & Companion, PLLC, will remain as local counsel for the Plaintiffs.

The Court **DIRECTS** the Clerk to send a copy of this Order to all counsel of record.

ENTERED this 18th day of May, 2016.

*Irene M. Keeley*
Irene M. Keeley, United States District Judge

ActiveUS 155477439v.1